UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| TYRONE BROWN, | ) | Case No. CV 08-6821 JC |
| Plaintiff, | ) ) ) | JUDGMENT |
| v. | ) ) | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | |

IT IS HEREBY ADJUDGED that the decision of the Commissioner of Social Security is AFFIRMED.

DATED: October 27, 2009

　　　　　　　　　　　　/s/　　　　　　　　　　　　
Honorable Jacqueline Chooljian
UNITED STATES MAGISTRATE JUDGE